[No. 37797-7-II.  Division Two.  September 15, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. CHARLES RAY BILYEU, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 07-1-00915-9, Robert A. Lewis, J., entered May 29, 2008. *Affirmed* by unpublished opinion per Quinn-Brintnall, J., concurred in by Houghton and Hunt, JJ.

[No. 37859-1-II.  Division Two.  September 15, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. ELDORADO F. BROWN, *Appellant*.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 08-1-00154-0, Dave Edwards, J., entered June 16, 2008. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Van Deren, C.J., and Bridgewater, J.

[No. 37900-7-II.  Division Two.  September 15, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. THOMAS EUGENE HOWSE, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 07-1-05722-8, John R. Hickman, J., entered July 3, 2008. *Affirmed* by unpublished opinion per Quinn-Brintnall, J., concurred in by Bridgewater and Armstrong, JJ.

[No. 38158-3-II.  Division Two.  September 15, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. ALLEN DARRELL BRADY, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 08-1-01992-8, Lisa R. Worswick, J., entered August 8, 2008. *Affirmed* by unpublished opinion per Quinn-Brintnall, J., concurred in by Houghton and Hunt, JJ.